**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GERMAN SALBIEV**, <br><br> *Petitioner*, <br><br> v. <br><br> **JAMAL L. JAMISON, Warden Of Philadelphia Federal Detention Center, et al.**, <br><br> *Respondents.* | **Case No. 2:26-cv-04726-JDW** |

<u>**ORDER**</u>

**AND NOW**, this 9th day of July, 2026, upon consideration of an email sent by Respondents' counsel to the Court and Petitioner's counsel notifying the Court that the Parties have agreed to extend Respondents' deadline to comply with the Court's prior order (ECF No. 4), it is **ORDERED** that, on or before July 16, 2026,[1] at 5:00 p.m., Respondents shall:

1.      Identify the statutory provision that they contend provides the basis for Mr. Salbiev's detention;

2.      If the statutory basis for detention is 8 U.S.C. § 1225(b)(2), then advise me whether they oppose Mr. Salbiev's Petition and, if so, whether they intend to make any

---

[1] Respondents shall use their best efforts to expedite their review of the Petition and to gather relevant information in order to respond sooner than the required deadline, if possible.

arguments other than those the Government made in *Kashranov v. J.L. Jamison*, Case No. 2:25-cv-05555-JDW, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025) and *Olimov v. Jamison,* No. 2:26-cv-00532-JDW, 2026 WL 596155 (E.D. Pa. Mar. 3, 2026); and

3.	If the statutory basis is something other than 8 U.S.C. § 1225(b)(2), then provide documents related to Mr. Salbiev's detention, including but not limited to the various immigration forms that immigration officers completed throughout their encounters with him.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

JOSHUA D. WOLSON, J.