**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **GERMAN SALBIEV**,<br><br>*Petitioner*,<br><br>v.<br><br>**JAMAL L. JAMISON, Warden Of Philadelphia Federal Detention Center, et al.**,<br><br>*Respondents.* | **Case No. 2:26-cv-04726-JDW** |

**ORDER**

**AND NOW**, this 10th day of August, 2026, upon consideration of German Salbiev's Petition For Writ Of Habeas Corpus (ECF No. 1) and Motion For Temporary Restraining Order (ECF No. 2), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Petition and Motion are **DENIED**.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.